## SHARP v. TEAGUE

No. 155P94

Case below: 113 N.C.App. 589

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1994.

## STATE v. BURNS

No. 568P93

Case below: 113 N.C.App. 202

Motion by plaintiff for temporary stay allowed 16 May 1994.

## STATE v. DAVIS

No. 13P94

Case below: 113 N.C.App. 203

Motion for stay pursuant to Rule 23 denied 2 May 1994.

## STATE v. GARNER

No. 122P94

Case below: 113 N.C.App. 653

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 May 1994.

## STATE v. LONG

No. 62P94

Case below: 113 N.C.App. 765

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 5 May 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.